morning, and after the altercation between the girls, the entire party left the hotel, and Proctor left without claiming his baggage or paying his hotel bill. One of the girls was paid about the sum of $34.00 for practicing prostitution and she gave this money to Proctor, and when they arrived back in Houston he gave her $1.00.

When the evidence is measured to the definition of conspiracy and to the substantive offenses charged in the two additional counts, it becomes manifest that the jury was warranted in finding the defendants guilty as charged on all three counts of the indictment. 18 U.S.C.A. § 88; 18 U.S.C.A. § 398; Braverman v. United States, 317 U.S. 49, 53, 63 S.Ct. 99, 87 L. Ed. 23; Direct Sales Co. v. United States, 319 U.S. 703, 63 S.Ct. 1265, 87 L.Ed. 1674; Shama v. United States, 8 Cir., 94 F.2d 1; United States v. Reginelli, 3 Cir., 133 F. 2d 595; Brent v. United States, 5 Cir., 131 F.2d 861.

We find no reversible error in the record and the judgments are

Affirmed.

Ward M. Blanton, pro se (T. L. Kirkpatrick, of Charlotte, N. C., on the brief), for appellant.

H. B. Campbell, of Charlotte, N. C. (C. W. Tillett, of Charlotte, N. C., on the brief), for appellee.

Before SOPER, DOBIE, and NORTHCOTT, Circuit Judges.

PER CURIAM.

This appeal was taken from an order of the District Court filed on April 20, 1944. We have examined the proceedings and have considered the briefs and arguments presented on behalf of the parties, and are of the opinion that there was no error in the passage of said order. It appears, however, that the order was not a final disposition of the case in the District Court and the appeal therefore will be dismissed.

Dismissed.

## BLANTON v. PACIFIC MUT. LIFE INS. CO.

No. 5282.

Circuit Court of Appeals, Fourth Circuit.

Oct. 14, 1944.

## WINGATE v. BERCUT et al.

No. 10550.

Circuit Court of Appeals, Ninth Circuit.

Dec. 29, 1944.

Rehearing Denied Jan. 31, 1945.

